# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN D. KIDERLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08CV639 TIA |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Previously, the Court issued an administrative order directing petitioner to show cause why the petition should not be dismissed as untimely. Upon further review of the petition, however, the Court has determined that the petition should be dismissed on the merits pursuant to Rule 4 of the Rules Governing § 2254 cases.

Petitioner argues in his petition for writ of habeas corpus that his detention is illegal because he is a "sovereign" and because the United States and the State of Missouri do not have criminal jurisdiction outside of the District of Columbia. These arguments are reiterated in petitioner's pending motions. These arguments are patently frivolous. C.f., Crain v. Comm'r of Internal Revenue, 737 F.2d 1417, 1417-18 (5th Cir. 1984) (rejecting as "frivolous" plaintiff's argument that IRS did not have

jurisdiction to levy taxes).  As a result, the Court will dismiss the petition with prejudice.  See Rule 4 of the Rules Governing § 2254 cases (mandating sua sponte dismissal of habeas petition where it is clear from the face of the petition that the petitioner is not entitled to relief).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 25th day of June, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE